## SHIPLEY v. PLATTS.

On rehearing. Former opinion adhered to, and judgment below affirmed.

For former opinion, see 17 S. D. 357, 97 N. W. 1.

McCOY, J. This case is now before this court on rehearing. The former opinion appears in 17 S. D. 357, 97 N. W. 1. After careful consideration, we are of the opinion that the former decision is right, and should be adhered to on rehearing.

HANEY, J., dissents